IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEO MCDERMOTT,<br><br>    Plaintiff,<br><br>v.<br><br>BYERS ENGINEERING COMPANY,<br><br>    Defendant. | **Civil Action File No.**<br><br>**2:20-CV-00092-CLM** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, by and through their undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate, in consideration of a negotiated settlement executed by them, to dismiss this action with prejudice, including all claims stated herein against all parties, with each party to bear his or its own attorneys' fees and costs.

Respectfully submitted on this the 8th day of May 2020,

*s/ Jessica M. Wolinsky*
Jessica M. Wolinsky, Esq.
Anthony D. Michel, Esq.
**WRADY MICHEL & KING**
Alabama Bar No. ASB-7457-L67O
Alabama Bar No. ASB-6809-064M
505 20th Street North, Suite 1650
Birmingham, AL 35203
P: (205) 980-5700
F: (205) 994-2819
jessica@wmalabamalaw.com
anthony@wmalabamalaw.com

*Attorneys for Plaintiff Leo McDermott*

and

*s/ Gary R. Kessler*
Gary R. Kessler, Esq.
Gary R. Kessler, P.C.
Alabama Bar No. ASB0251-L52G
3379 Peachtree Road, N.E.
Suite 400
Atlanta, Georgia 30326
(404) 237-1020
gkessler@martensonlaw.com

Elizabeth Bulat Turner
Georgia Bar No. 558428

**MARTENSON, HASBROUCK & SIMON LLP**
3379 Peachtree Road, N.E., Suite 400
Atlanta, Georgia 30326
(404) 909-8100
(404) 909-8120 (facsimile)
bturner@martensonlaw.com

*Attorneys for Defendant Byers Engineering Company*