# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LEO MCDERMOTT,** | }<br>} |
| **Plaintiff,** | }<br>} |
| v. | }   Case No. 2:20-CV-92-CLM<br>} |
| **BYERS ENGINEERING COMPANY,** | }<br>}<br>} |
| **Defendant.** | } |

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal, (doc. 10), filed May 13, 2020, the Court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this 13th day of May, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE